(Rev 5/05)


ORIGINAL

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) _Mark Andrew Krieger  262819_
    (Name of Plaintiff)      (Inmate Number)

_1181 Paddock Rd, Smyrna, Del 19977_
    (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)      (Inmate Number)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) _Deputy Warden Pierce_
(2) _Major David Holman_
(3) _C/o Russell_
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 08 - 212
:
: (Case Number)
: (to be assigned by U.S. District Court)
:
:
: CIVIL COMPLAINT
:
: (• •) Jury Trial Requested
:

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_N/A_

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ••Yes  ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ••(Yes)  ••No

C. If your answer to "B" is Yes:

1. What steps did you take? _Plaintiff field a administrative Grievance on 1/20/07_

2. What was the result? _Plaintiff has fully exhausted all his administrative remedy's_

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Sgt. Maggie Neil/Miss Lt. Maggie Neil_
Employed as _Security officer_ at _Delaware Correctional_
Mailing address with zip code: _Center 1181 Paddock RD Smyrna DE 19977, Plaintiff bring this suit against defendant in the official and unofficial Capacity_

(2) Name of second defendant: _Sgt. Hazzard (First Name unknown to plaintiff) who works The (4-8) shift_
Employed as _Security officer_ at _Delaware Correctional Center_
Mailing address with zip code: _1181 Paddock RD Smyrna Del 19977, Plaintiff bring this Suite against defendant in his official and unofficial capacity_

(3) Name of third defendant: _C/O Scott (First name unknown to plaintiff) who works The (4-8 shift)_
Employed as _Security officer_ at _Delaware Correctional Center_
Mailing address with zip code: _1181 Paddock RD. Smyrna Del 19977, Plaintiff brings this Suite against Defendant in his official and unofficial Capacity_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

<u>Continued From III</u>

(4) Name of Fourth defendant: C/O Russell (First name is unknown to plaintiff) Employed as Security Officer at Delaware Correctional Center mailing address 1181 paddock RD Smyrna Del 19977, Plaintiff Brings this Suit against Defendant in his official and unofficial capacity

(5) Name of Fifth Defendant: Deputy Warden Pierce Employed as Deputy Warden 1 at Delaware Correctional Center mailing address 1181 paddock RD Smyrna Del 19977 Plaintiff Brings this Suit against Defendant in his official and unofficial capacity

(6) Name of Sixth Defendant: Major Daniel Holman Employed as Security Superintendent at Delaware Correctional Center, mailing address 1181 paddock RD Smyrna Del 19977, Plaintiff Brings this suit against Defendant in his official and unofficial capacity

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 11/15/07 Plaintiff was violently Attacked by Defendant C/O Russell and C/O Scott also with The 12-8 Staff in B Bldg Medical, prior to the reckless disregard for Plaintiff Medical Condition Defendant Supra, were aware of Plaintiff Serious Medical needs Plaintiff was Previously

2. diagnosed by Neurosurgeons Dr. Bose, Dr. Ahmed of College Medical Complex, Christiana Hospital, Newark Del 19801 and Saint Francis Pain Management of Wilmington Del 19801 Plaintiff was diagnosed as having a Broken Lower Back in 1995, And has undergone numerous corrective surgeries

3. Last being Sep-22,07 and is scheduled for Elective surgery to Repair his L5 vertebra which has shifted 12mm forward Plaintiff has undergone reparative surgeries (I.e. scraping of Scar tissue, Steroid Site injection Ect) please see attached sheets.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. 

3

STATEMENT OF CLAIM
Continued From IV.

4). On 1/28/07 Plaintiff was suffering from Immense Lower Back Pain and was unable to move because of his medical condition, Plaintiff is confined to a wheelchair and cannot walk without Assistance, and defendants Sepi(x), were aware of this fact, on this date defendant Scott approached Plaintiff's cell #29 and stated the nurse was here to pass out medication, Plaintiff responded that he was in pain and was not able to move at this instance C/o Scott and C/o Russell without warning and Plaintiff was not resisting, but was stating he could not move because of his pain defendant C/o Scott and C/o Russell viciously and with Blatant disregard for Plaintiff condition C/o Scott grabed Plaintiff by his (R) wrist and (R) Ankle Violently Slamming him to the Floor of cell #29 Plaintiff wheelchair was directly outside Plaintiff door where C/o Scott, and C/o Russell drug Plaintiff by his arms to his awaiting wheelchair where he was manhandled and Violently thrown into his chair which was not Locked (eg. wheellocks) Thus allowing Plaintiff to plummit into the Floor again and manhandled again to Place Plaintiff in his seat of the wheelchair, C/o officer escorted Plaintiff where officer Scott asked the Charge nurse for a Refusal form which was not obtained on 1/28/07, on 1/29/07 at 7:30 am similar to the instance on 1/28/07 Sgt. Hill and C/o Scott entered Cell #29, and stated 'get up you are going to medication' Plaintiff was in more Immense Pain considerable Pain due to the previous day on 28, Plaintiff didn't eat nor did he exercise because of his main unbearable pain

again without confrontation nor warning Sargent Neil told c/o Scott to "drag his ASS outta there" this omission and act is significantly harmful to demonstrate deliberate indifference to Plaintiff health and safety and characterizes deliberate indifference to plaintiffs serious medical condition and needs in violation of the 8 and 14 Amendment to the United States Constitution

Plaintiff frantically tried to explained to officer sgt Neil and scott that Sgt. Hollingsworth explained Plaintiff didn't have to go to medication he also can refuse and has a Right to Refuse No court ordered medications. C/o Scott was aware of inferences that would place him on notice of Constitutional violation with Regard to his knowing that Plaintiff was confined to a wheelchair and suffered from a broken back any officer in his position with no legal medical training would have concluded that his actions (i.e. physically pulling by force a paraplegic) could give rise to a constitutional violation and given this fact would demonstrate deliberate indifference to plaintiffs plight. yet he ignored these inferences and failed to take reasonable steps to abate it

again he C/o Scott drag plaintiff out of bed by (1) wrist and (1) ankle pulling plaintiff to the floor Plaintiff suffers from damaged disks, loss of rectal function from previous accident Plaintiffs medical Records will Reflect this fact to be true

c/o scott dropped plaintiff on the leg rest of his Awaiting wheelchair. c/o Scott forcefully grabbed plaintiff off the floor by his underarms slamming him into his wheelchair and escorted him to Medication on every occassion officer's dragged plaintiff to medication in his underwear, This Humiliation and mortification was severe, and served as no reasonable Relation to penological objectives and is not Reasonable Related to a legitimate goal, and was inflicted upon plaintiff with Recklessness and Disregard for his previously diagnosed Medical Condition [I.E. Back Surgery] This act was so dangerous that the defendant knowledge of the risk can be inferred, by the mere fact defendant's on all occassion dragged plaintiff to his awaiting wheelchair, demonstrating Deliberate indifference to plaintiff's serious medical condition and needs. The challenged conduct is conscience shocking because official charged with providing Health and Safety measures, has failed to take reasonable measures to guarantee the safety of plaintiff and has failed in their obligation to him and has Exhibited deliberate indifference to plaintiff's plight. The brutality Stated herein, is inconsistent with contemporary standards of decency and Repugnant to the conscience of Mankind and is violative of plaintiff Clearly established constitutional Rights under the United States constitution Amendment Eighth, Fourteenth 8, 14, To be free from cruel and unusual punishment.

at 3:00, Plaintiff was violently removed from cell 54 by Sgt Hazzard. He grabbed plaintiff by his arm violently slamming Plaintiff to the concreat floor and threw plaintiffs mattress in the hallway of B-tier and dragged plaintiff to his awaiting wheelchair slamming his body into the chair, Sgt Hazzard transported to Medication the head nurse who name is [unknown] to plaintiff at this time wrote on a green sticker note plaintiff does'nt have 2:30 med. The obduracy and wantoness demonstrated herein, has previously been held unconstitutional, and infact the policies and practices, are longstanding plaintiff has demonstrated a prima facia case that if proved will establish a constitutional violation Plaintiff has demonstrated that he is incercerated under conditions of confinement that poses a substantial Risk of harm to plaintiff health and safety. In violation of his Eight and Fourteenth Amend rights under the United States constitution. Moreover Defendant have violated state law, on several occassion plaintiff was treated in an arbitrary and capricious manner, from 11/28/07 - 11/30/07 defendants Sopira, failed to promulgate reasonable standard to prevent inhumane treatment of offenders specifically plaintiff was unable to adequately participate in his normal daily function with regard to meaningful exercise daily and his medication had changed without providing plaintiff with answers to the change nor did they explain why and plaintiff should not be made to take medication when the name, shape, and color of the pill changed and he was not

DEFENDANTS, Sgt Maggie, Neil, Sgt Hazzard, C/o Scott, C/o Russel, Deputy Warden, Pierce, Major David Holman, officials (SOPRA) have a obligation to plaintiff to ensure that he Recive Reasonable lifes necessities, in light of preexisting case law. defendant's Actions were inappropriate and Plaintiff has demonstrated he is incarcerated Under conditions of confinement that poses a substantial Risk to his health and safety. The conduct demonstrated herein is conscience Shocking. There existed no reasonable Ground or belief that C/o's (Supra) acted in good faith. The alleged deprivation was objectively sufficiently Serious. Demonstrating Defendant (Supra) express intent to inflict unnecessary pain upon plaintiff, and defendant intentionally interfearing with plaintiff Prescribed treatment, for Partial parallas Defendant Sopra knew of the alledged deprivation and subjectively Refused to take reasonable measures to abate it and refused to remedy the known wrong and subjected plaintiff to longstanding abuses that infringed upon plaintiff clearly Established constitutional right to be free from infliction of harm without due process as guaranteed by the fourteenth Amendment to the United States constitution.

5

Statement of Claim
Continued from IV

Sgt. Neil with requisite or culpable state of mind was the moving force behind the alleged deprivation. Sgt Neil directly participated in the alleged deprivation, infraction and she knew of and was aware of the plaintiff serious medical condition and needs, and despite this knowledge, and she possesses a supervisory status and had the power to intervene and she did not, graciously allowing pain inflictions upon plaintiff person unnecessary and she failed to take reasonable measures to abate it. As a result of plaintiff assault he has to undergo elective surgery to repair his C(5) vertebrae, this injury will directly effect plaintiff for the rest of his life.

Sgt. Blizzard, with requisite a culpable state of mind was directly involved and participated in the alleged deprivation of infraction and he knew of and was aware of the plaintiffs serious medical condition and needs, and despite this knowledge he maliciously and sadistically for the very purpose of causing plaintiff harm did inflict pain unnecessary upon plaintiff. As a direct result from the assault plaintiff has to undergo corrective surgery to repair his C(5) vertebrae this injury will directly effect plaintiff for the rest of his life.

C/O Scott, with Requisite or Culpable State of Mind was the moving force behind the alleged deprivation and he directly participated in the alleged infraction and he knew of and was aware of the plaintiffs serious medical condition and need and Despite this knowledge he maliciously and sadistically for the very purpose of causing plaintiff harm did inflict pain unnecessary upon plaintiff's person as a Direct Result from the assault, plaintiff has to undergo elective surgery to repair his (C-5) vertabra this injury will directly effect plaintiff for the rest of his life

C/O Russell with Requisite or Culpable state of mind was the moving force behind the alleged deprivation or infraction and he knew of and was aware of the plaintiff serious medical condition and need and Despite this knowledge he maliciously and sadistically for the very purpose of causing plaintiff harm did inflict pain unnecessary upon plaintiff's person as a Direct Result from the assault, plaintiff has to undergo corrective surgery to repair his (C-5) vertabra this injury will directly effect plaintiff for the rest of his life

Deputy warden pierce, with Requisite or Culpable state of mind directly participated in the alleged deprivation after learning of the infraction thru a report or appeal and failed to remedy the known wrong and has exhibited Deliberate indifference to the plight of the person Deprived. warden pierce has the power to intervein and make or Remedy the known wrong but has failed to do so, plaintiff will suffer a life long handicap as a Direct Result of this infraction.

Major David Holman, with Requisite or Culpable state of mind directly participated in the alleged deprivation after learning of the infraction thru a report or appeal and failed to remedy the known wrong and has exhibited deliberate indifference to the plight of the person Deprived. Major Holman is a supervisor and has power to intervein and make or Remedy the known wrong but has failed to do so, plaintiff will suffer a life long handycap as a Direct Result of this Deprivation.

Date: 4-13-08

Mark Krieger
Mark Krieger
1181 Paddock Rd Smyrna Del
19977

8

Compensatory Damages, in the amount of $150,000.00

Nominal Damages, in the amount of $150,000.00

Punitive Damages, in the amount of $150,000.00

Special Damages ("i.e. Emotional Distress") in the amount of $200,000.00

I Declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day April 08

_Mark Krieger_
^ Mark Krieger   SBI
1181 Paddock Rd Smyrna Del 19977
Delaware Correctional Center

IM Mark Krieger
SBI= 262819    UNIT B P/T-C-28
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977

U.S.M.
X-RAY

"Clerk"
U.S. District Court
844 N. King Street
Wilmington, DE
19801